IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:26-CR-150  (AJB) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **EVELYN HINCKLEY,** | ) | Violations:    18 U.S.C. § 2251(a) |
| | ) | [Sexual Exploitation of a |
| **Defendant.** | ) | Child] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | [Distribution of Child |
| | ) | Pornography] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | and (b)(2) |
| | ) | [Possession of Child |
| | ) | Pornography] |
| | ) | |
| | ) | 5 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:    Oswego |

**THE GRAND JURY CHARGES:**

**COUNTS 1-3**
**[Sexual Exploitation of a Child]**

On or about the dates listed below, in Oswego County in the Northern District of New York, the defendant, **EVELYN HINCKLEY**, did use, persuade, induce, entice, and coerce V-1, a minor female child born in 2022, whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, and where such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer,

and where such visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting such commerce, in violation of 18 U.S.C. § 2251(a).

| Count | Date of Offense |
| --- | --- |
| 1 | September 29, 2022 |
| 2 | October 4, 2022 |
| 3 | July 14, 2023 |

## COUNT 4
### [Distribution of Child Pornography]

On or about September 29, 2022, in Oswego County in the Northern District of New York, the defendant, **EVELYN HINCKLEY**, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using an Internet-based messaging application, distributed child pornography files depicting V-1 to Thomas Farr, in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT 5
### [Possession of Child Pornography]

On or about April 23, 2025, in Oswego County in the Northern District of New York, the defendant, **EVELYN HINCKLEY**, did knowingly possess material, that is, a black Vankyo tablet, Model S8, serial number 00619115008, manufactured in China, that contained an image of child pornography as defined in 18 U.S.C. § 2256(8) and involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a)(3).

Upon conviction of offenses in violation of 18 U.S.C. §§ 2251 and 2252A, as set forth in Counts 1 through 5, the defendant, **EVELYN HINCKLEY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offenses of conviction, or any property traceable to such property, including, but not limited to:

a.  One (1) black Vankyo tablet, Model S8, serial number 00619115008.

Dated:    April 30, 2026

A TRUE BILL.

Grand Jury Foreperson

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: _____

Benjamin A. Gillis
Assistant United States Attorney
Bar Roll No. 704915

3